IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. SOUTHWARD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv232 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| RHONDA MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte. Fed. R. Civ. P. 4(m) establishes the following time limit for service of process on the defendants in a civil case:

> (m) Time Limit for Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

In an Order on Initial Review, the court extended the deadline for service of process to 90 days from the date of that Order, and the court notified the plaintiff that failure to effect timely service of process could result, without further notice, in dismissal of this case without prejudice. The deadline for service of process has expired, and the court's records show that the plaintiff did not complete and return the summons forms previously provided to him so that service of process could be accomplished. Therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's complaint and the above-entitled action are dismissed without prejudice. A separate judgment will be entered accordingly.

SO ORDERED.

March 15, 2006.        BY THE COURT:

                       s/ *Richard G. Kopf*
                       United States District Judge