IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. SOUTHWARD, | ) | 8:05CV232 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RHONDA MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's renewed motion to reopen case (filing 11) is denied.

May 30, 2007.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge